HEM, INC., Plaintiff–Cross Appellant,

v.

BEHRINGER SAWS, INC., Defendant–Appellant.

Nos. 03–1601, 03–1602.

United States Court of Appeals, Federal Circuit.

May 17, 2004.

Rehearing and Rehearing En Banc Denied June 24, 2004.

William C. Norvell, Jr., Principal Attorney, Scott D. Marrs, Valarie J. Eissler, of Counsel, Beirne Maynard, Houston, TX, for Defendant–Appellant.

John A. Kenney, Principal Attorney, Jeff L. Todd, of Counsel, McAfee & Taft, Oklahoma City, OK, for Plaintiff–Cross Appellant.

Before NEWMAN, MICHEL, and SCHALL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36